People v Victor (2026 NY Slip Op 00803)

People v Victor

2026 NY Slip Op 00803

Decided on February 11, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
WILLIAM G. FORD
CARL J. LANDICINO
SUSAN QUIRK, JJ.

2024-02952
 (Ind. No. 74218/22)

[*1]The People of the State of New York, respondent,
vJose Victor, appellant.

Twyla Carter, New York, NY (Nicholas Pulakos of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jordan Cerruti, and David Cao of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Raymond L. Rodriguez, J.), rendered March 20, 2024, convicting him of criminal possession of a firearm, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his challenge to the Supreme Court's denial of those branches of his omnibus motion which were to suppress physical evidence and his statements to law enforcement officials (see People v Cheristin, 239 AD3d 670, 671; People v Hightower-Castro, 219 AD3d 504, 505) and his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 256).
GENOVESI, J.P., FORD, LANDICINO and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court